DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOUFIK BELOUALHI,**
Appellant,

v.

**GATOR LINTON PARTNERS, LTD.,**
Appellee.

No. 4D2023-0887

[April 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 502017CA011848.

Alan Bryce Grossman of Grossman Law Florida, LLC, Plantation, for appellant.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***